UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MARK A. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:19-cv-0005-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| LAMAN L. STARK, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Mark A. Jackson's complaint [**R. 1**] is **DISMISSED WITH PREJUDICE**.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 17th day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge